FILED

2020 MAR 26 PM 2:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ____________

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO PACHECO,<br><br>Defendant. | CR No. 20CR00165-ODW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 666(a)(1)(B): Federal Program Bribery] |

The United States Attorney charges:

[18 U.S.C. § 666(a)(1)(B)]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. The City of Baldwin Park, California (the "City") was a local government located within Los Angeles County in the Central District of California. The City received in excess of $10,000 under federal programs for 2018.

2. The City was governed, in part, by its City Council, which adopted legislation, set policy, adjudicated issues, and established the budget for the City.

3. The City Council was comprised of four City Council members and a Mayor, all of whom were elected at large by the City's registered voters.

4. Defendant RICARDO PACHECO was first elected to the City Council in 1997 and currently holds that elected position. He also previously served as the City's Mayor Pro-Tem. As a result of his position as councilman, defendant was an agent of the City.

5. Police Officer A was a City police officer and a member of the City's Police Association. The Police Association was the union representing the City's police officers and engaged in negotiations with the City Council and City administrators.

6. The City's contract with the City's Police Association was valued at least $4.4 million for a three-year period, and provided that the City would continue to employ the Police Association's members, namely, the unionized members of the City's Police Department, and provide for the creation of additional positions and pay increases for officers with certain education experience.

B. THE BRIBERY

7. Beginning in or about January 2018 and continuing to on or about October 17, 2018, in Los Angeles County, within the Central District of California, defendant PACHECO, an agent of the City of Baldwin Park, corruptly solicited, demanded, accepted, and agreed to accept things of value from Police Officer A, namely, $20,000 in cash and $17,900 in checks to a charity and to political action committees over which defendant PACHECO exerted control, intending to be influenced and rewarded in connection with a business,

///

transaction, and series of transactions of the City having a value of $5,000 or more, specifically, the City's contract with the City's Police Association.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond

//

//

the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

NICOLA T. HANNA
United States Attorney

Brandon Fox

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption and Civil Rights Section

THOMAS F. RYBARCZYK
Assistant United States Attorney
Public Corruption and Civil Rights Section