```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
 4  Assistant United States Attorney
    Public Corruption & Civil Rights Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-8452
 7       Facsimile: (213) 894-0141
         E-mail:    thomas.rybarczyk@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2020
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           No. 20CR00165-ODW

         Plaintiff,                 [~~PROPOSED~~] ORDER

         v.                         **(UNDER SEAL)**

RICARDO PACHECO,

         Defendant.


   THE COURT FINDS that the government has established probable cause to believe that an offense has been committed and the defendant, RICARDO PACHECO, committed said offense.

//
//
//
//
//
//
//

IT IS HEREBY ORDERED that the government's request for a summons is GRANTED and the Clerk's Office is directed to issue the summons for defendant to appear on **May 11, 2020 at 2:00 p.m.** at the Roybal Federal Building and United States Courthouse, 3rd Floor, 255 E. Temple Street, Los Angeles, California.

IT IS SO ORDERED.

3-31-2020
DATE

OTIS D. WRIGHT II
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS F. RYBARCZYK
Assistant United States Attorney