# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00165     Recorder: Amy Diaz     Date: 06/10/2020

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Kerri Hays     Assistant U.S. Attorney: Tom Rybarczyk

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| RICARDO PACHECO BOND-PRESENT | GLEN T. JONAS RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Otis D. Wright II.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Sheila English at ( 213 ) 894-8266 to set dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 08
Initials of Deputy Clerk: KH by TRB