UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICARDO PACHECO,<br><br>　　　　Defendant. | No. CR 20-165-ODW<br><br>ORDER (1) UNSEALING CASE; (2) SEALING PREVIOUSLY FILED DOCUMENTS; AND (3) AUTHORIZATION TO LODGE REDACTED PLEA AGREEMENT |

　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　The entire case shall be unsealed and all previously filed documents filed therein shall be unsealed, except the plea agreement filed on March 26, 2020 and the government's Unopposed Ex Parte Application for Order Sealing Information and Related Documents filed on March 26, 2020 shall both remain sealed.  Additionally, the ex parte application filed in connection with this order shall be

///

///

///

1

sealed.  Finally, the government shall be permitted to lodge a redacted version of the previously-filed plea agreement with the Court.

January 26, 2021
DATE

HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **N. Escalera**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S EX PARTE APPLICATION (UNDER SEAL);**

**AND** **[PROPOSED] ORDER**

☒ By **E-mail**, as follows:

glenjonas@aol.com

This Certificate is executed on January 26, 2021 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/
N.Escalera
Legal Assistant